DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MATTHEW ZUGSBERGER,<br><br>     Plaintiff,<br>   v.<br>T.L. PETERSON, INC., a California, Corporation. *et al.*,<br><br>     Defendants. | **THE GOVERNMENT'S NOTICE REGARDING THE STIPULATION OF SETTLEMENT (ECF NO. 29) AND CONSENT TO DISMISSAL**<br><br>CIVIL NO. 19-1628 JSC |

The United States of America respectfully submits this notice regarding the Stipulation for Dismissal filed by the relator and the defendants on February 12, 2019 (ECF No. 29). The United States has declined to intervene in this False Claims Act *qui tam* case and is therefore not a party to this action, although it remains the real party in interest. The United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which provides that this action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." The Ninth Circuit has held that, notwithstanding this language, the Government has the right only to a hearing when it objects to a settlement or dismissal of the action. *See United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Thus, in the Court's Order on the United States' Notice of Election to Decline Intervention (ECF No. 12) the Order states in relevant part: if "the relator

1  or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will
2  provide the United States with an opportunity to be heard before ruling or granting its approval, in
3  accordance with 31 U.S.C. § 3730(b)(1)."

4  The Government appreciates the opportunity to be heard.  The United States does not object to
5  the Stipulation of Settlement (ECF No. 29).  The United States also respectfully notifies the Court that
6  the Attorney General consents to dismissal of this case, with prejudice to the rights of Relator Matthew
7  Zugsberger, and <u>without prejudice</u> to the rights of the United States.

8  DATED: February 13, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ *Michael T. Pyle*

---
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Untied States of America

NOTICE REGARDING THE STIPULATION OF SETTLMENT AND CONSENT TO DISMISSAL
Civil No. 19-1628 JSC                                2