PETER PROWS, CBN 257819
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Telephone: (415) 402-2700
Facsimile:  (415) 398-5630
Email:  pprows@briscoelaw.net

BRUCE J. HIGHMAN, CBN 101760
HIGHMAN & HIGHMAN
A Professional Law Association
582 Market Street, Suite 1212
San Francisco, CA 94104
Telephone: (415) 982-5563
Facsimile:  (415) 982-5202
Email: bruce.highman@highmanlaw.com

Attorneys for Plaintiff and Relator
MATTHEW ZUGSBERGER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER and MATTHEW ZUGSBERGER, <br><br> Plaintiffs, <br><br> -v- <br><br> T. L. PETERSON, INC., a California corporation; JEFFREY PETERSON, an individual, <br><br> Defendants. | No.  CV191628JSC <br><br> STIPULATION OF SETTLEMENT; ~~PROPOSED~~ ORDER |

  The parties hereto, by and through their respective attorneys with the full authority of their respective clients, hereby stipulate that:

  1. The present action which alleges claims under the False Claims Act (FCA) is hereby settled for $0 and a mutual waiver of attorneys' fees and costs, contingent on the Court entering an Order approving this settlement. This settlement is without prejudice to the United States being able to prosecute any claims under the FCA against defendants.

  2. Zugsberger has filed another action, *United States ex rel. Matthew Zugsberger, and Matthew Zugsberger v. T. L. Peterson, Inc., et al.,* Northern District of California No. 4:17-cv-

1   02277-KAW, against defendant T. L. Peterson, Inc., one of the defendants in this action, and against
2   others who are not defendants in this action. This other action, No. 4:17-cv.02277-KAW, is being
3   settled at this time also. It also includes a claim under the FCA, as well as claims under the Labor
4   Code Private Attorneys General Act (PAGA) and other statutory and common law claims. The
5   parties to No. 4:17-cv-02277-KAW, including without limitation Zugsberger and T. L. Peterson,
6   Inc., will be submitting stipulations to Magistrate Judge Kandis Westmore settling the FCA and
7   PAGA claims in that action. Zugsberger's other claims in No. 4:17-cv-02277-KAW, i.e., the claims
8   that are not under PAGA or the FCA, have been resolved by a settlement agreement which will go
9   into effect when this Court approves this FCA settlement and Magistrate Judge Westmore approves
10  the PAGA and FCA settlements in No. 4:17-cv-02277-KAW.

11         3. Absent a further Court order, the parties expect to be able to file a stipulation and proposed
12  order to dismiss this action within 30 calendar days of when the Court approves this settlement and
13  Magistrate Judge Westmore approves the PAGA and FCA settlements in No. 4:17-cv-02277-KAW.
14  The stipulation will request dismissal with prejudice as to Zugsberger and without prejudice as to
15  the United States. Michael T. Pyle, the Assistant United States Attorney on this case and No. 4:17-
16  cv-02277-KAW, has informed the parties that he does not anticipate the United States will object
17  to this settlement or to the dismissal since the settlement and dismissal will be without prejudice as
18  /
19  /
20  /
21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

to the United States.

DATED: February 12, 2020

        Briscoe Ivester & Bazel LLP

        Highman & Highman
        A Professional Law Association

        By */s/ Peter Prows*
        Peter Prows
        Bruce J. Highman
        Attorneys for Plaintiff and Relator
        Matthew Zugsberger

DATED: February 12, 2020

        Murphy Austin Adams Schoenfeld LLP

        By */s/ Lisa D. Nicolls*
        Lisa D. Nicolls
        Attorneys for Defendant T.L. Peterson, Inc., and Jeffrey Peterson

**ORDER**

So Ordered. The Stipulation of Settlement is hereby approved.

DATED: February 13, 2020

        Honorable Jacqueline Scott Corley
        United States District Court Magistrate Judge