1  Peter Prows, California Bar No. 257819
   Briscoe Ivester & Bazel LLP
2  155 Sansome Street, Seventh Floor
   San Francisco, CA 94104
3  Telephone: (415) 402-2700
   Facsimile: (415) 398-5630
4  Email: pprows@briscoelaw.net

5  Attorneys for Plaintiff and Relator Matthew
   Zugsberger
6

7  LISA D. NICOLLS, SBN 234376
   lnicolls@murphyaustin.com
   BROOKE E. WASHBURN, SBN 248114
8  bwashburn@murphyaustin.com
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
9  555 Capitol Mall, Suite 850
   Sacramento, CA  95814
10 Telephone:      (916) 446-2300
   Facsimile:      (916) 503-4000
11
   Attorneys for Defendants, T.L. Peterson, Inc.
12

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MATTHEW ZUGSBERGER,<br><br>    Plaintiff,<br><br>v.<br><br>T.L. PETERSON, INC., a California corporation; JEFFREY PETERSON, an individual,<br><br>    Defendants. | Case No. 3:19-CV-01628 JSC<br><br>**JOINT STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE AND [~~PROPOSED~~] ORDER** |

This Stipulation is made and entered into by and between Relator, Matthew Zugsberger ("Plaintiff"), on the one hand, and Defendants, T.L. Peterson, Inc. and Jeffrey Peterson, (collectively, "Defendants"), on the other hand, by and through their respective counsel with reference to the following:

/ / /

/ / /

- 1 -   JOINT STIPULATION AND [~~PROPOSED~~] ORDER

4179.004-3039473.1

1   IT IS HEREBY STIPULATED AND AGREED by and Plaintiff and Defendants that the
2   case management conference currently set to occur on February 20, 2020, at 1:30 pm in
3   Courtroom F, be continued a minimum of thirty (30) days to facilitate the resolution of the above-
4   identified case.

**STIPULATION**

6   **WHEREAS**, Mr. Zugsberger has initiated two separate qui tam actions against
7   Defendants, the second case entitled, *Zugsberger v. TL Peterson Inc., et al.* (Case No. 4:17-cv-
8   02277-KAW.

9   **WHEREAS**, on February 5, 2020, Plaintiff and Defendants entered into a written
10  agreement to settle this matter.  Parties are finalizing all conditions of the written settlement and
11  should be in a position to file a dismissal within thirty (30) days.  Based on the conditioned
12  settlement, Plaintiff and Defendants stipulate to continue the case management conference
13  currently set to occur on February 20, 2020, at 1:30 pm in Courtroom F.

14  **WHEREAS**, a brief continuation of the February 20, 2020, case management conference
15  will likely result in a dismissal of this case from the court's docket.

16  **WHEREAS**, Plaintiff and Defendants request a continuance of at least thirty (30) days to
17  a date that is convenient for the Court.

18  **WHEREAS**, Plaintiff and Defendants also request that all deadlines, including but not
19  limited to Rule 26 disclosures and conference be continued in a manner consistent with a new
20  case management conference.

21  IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through
22  their respective counsel, that:

23  1.   A further Case Management Conference should be set for _____, 2020.
24  2.   All deadlines including but not limited to Rule 26 disclosures and conference are
25  continued consistent with the _____ 2020, Case Management Conference.
26  3.   The Court should enter the attached proposed order.
27  ///
28  ///

1  IT IS AGREED AND SO STIPULATED.

2    DATED: January 2, 2020                    BRISCOE IVESTER & BAZEL LLP

3

4                                               By: */s/ Peter Prows*
                                                    PETER PROWS
5                                                   Attorney for Relator

6

7
     Dated: January 2, 2020                     MURPHY AUSTIN ADAMS SCHOENFELD LLP
8

9

10                                              By: */s/ Lisa D. Nicolls*
                                                    LISA D. NICOLLS
11                                                  Attorneys for Defendants

**[PROPOSED] ORDER**

Good cause appearing, and upon stipulation of the parties, the Court orders as follows:

1. The Case Management Conference will be continued to __March 26__, 2020 at __1:30__ a.m./p.m., in Dept. __E__ of this Court.

2. All deadlines including but not limited to Rule 26 disclosures and conference are continued consistent with the __March 26,__ 2020, Case Management Conference.

Dated: __February 14, 2020__



H_____
Judge Jacqueline Scott Corley

GRANTED

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER

4179.004-3039473.1